UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ABC CAPITAL RE LTD. | : | |
| | : | BANKR. NO. 23-10361 (AMC) |
| | : | |
| Debtor. | : | |

### ORDER FOR EXPEDITED HEARING

AND NOW, upon consideration of the Motion to Dismiss Case and Request for Expedited Hearing thereon, and sufficient cause being shown, it is hereby:

ORDERED, that the request for an expedited hearing is Granted, and it is further:

ORDERED, that a hearing to consider the Motion shall be and hereby is scheduled for **March 29, 2023** at **12:30 P.M**., **The hearing will be held telephonically, and if you wish to participate, you may call 1-877-873-8017 Authorization code 3027681 on said date and time.** United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 4, Philadelphia, Pennsylvania, 19107, and it is further:

ORDERED, that written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and all will be considered at the hearing, and it is further:

ORDERED, that Movant shall provide notice of this Order and Motion to Paul S. Peters, III, Esquire and Richard E. Furtek, Esquire electronically and by overnight mail and by overnight mail to ABC Capital RE LTD., and/or first-class mail on or before March 17, 2023.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

DATED: March 15, 2023