**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ABC Capital RE LTD, | : | |
| | : | BANKR. NO. 23-10361 (AMC) |
| | : | |
| Debtor. | : | |

## ORDER CONVERTING CASES TO CHAPTER 7

AND NOW, to wit this ____ day of _____, 2023, upon the United States trustee's Motion, all responses, if any, the arguments of counsel and the pleadings and record herein, it is now, therefore:

ORDERED, as follows:

1. The above captioned case is hereby converted to a proceeding under Chapter 7 of the Bankruptcy Code.

2. Within thirty (30) days of the date of this Order, or on or before the meeting of creditors scheduled in the converted Chapter 7 cases, Debtor shall file a schedule of current income, current expenditures, all monthly operating reports and the statement of intention, if applicable, as required by 11 U.S.C. § 521(1), (2).

3. The Debtor shall file all applicable statements, schedules and reports pursuant to Rule 1019, Federal Rules of Bankruptcy Procedure.

4. All professionals employed by the Debtor are hereby directed to file an application for compensation within thirty (30) days of the entry of this Order for outstanding fees and expenses incurred during the Chapter 11 administration or, alternatively, turn over

prepetition retainers for which Court allowance has not been obtained, if applicable, to the appointed Chapter 7 Trustee.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge