IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                CHAPTER 11

ABC CAPITAL RE LTD.

                                                  BANKR. NO. 23-10361 (AMC)

## **PRAECIPE**

**TO THE CLERK OF THE COURT:**

Kindly **Withdraw Entry #46** from the Docket as it was filed in error.

                                                  Respectfully submitted,

                                                  ANDREW R. VARA
                                                  UNITED STATES TRUSTEE
                                                  FOR REGIONS 3 AND 9

Dated: March 28, 2023                    BY:   */s/ George M. Conway*
                                                               George M. Conway
                                                               Trial Attorney